December 03, 2010

Mr. Jeffrey D. Janota
Henslee Schwartz LLP
816 Congress Avenue, Suite 800
Austin, TX 78701

Mr. Edwin Todd Lipscomb
Loree, Hernandez & Lipscomb
14607 San Pedro, Suite 125
San Antonio, TX 78232
Honorable Gene Knize
Judge, 40th District Court
101 West Main
Waxahachie, TX 75165-3700

RE: Case Number: 09-0703
 Court of Appeals Number: 10-09-00119-CV
 Trial Court Number: 74551

Style: IN RE OLSHAN FOUNDATION REPAIR COMPANY, LLC AND OLSHAN
 FOUNDATION REPAIR COMPANY OF DALLAS, LTD.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. (See December
3, 2010 orders)
 If you would like the opinion by email, please contact Claudia Jenks
at claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Melanie Reed|
| | |
| |Ms. Sharri |
| |Roessler |